No. 990. THORPE *v.* OHIO. May 24, 1937. Petition for writ of certiorari to the Supreme Court of Ohio and motion for leave to proceed further *in forma pauperis* denied. *Mr. Wm. D. Harris* for petitioner. No appearance for respondent.

Nos. 867, 868 and 869. HALLIDAY ET AL. *v.* OHIO EX REL. FULTON, SUPERINTENDENT OF BANKS. May 24, 1937. Petition for writs of certiorari to the Supreme Court of Ohio denied. *Mr. Wm. T. Arnos* for petitioners. *Mr. Herbert S. Duffy* for respondent.

No. 883. MADDOX *v.* JINKENS. May 24, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. L. Robinson Maddox, pro se.* No appearance for respondent.

No. 891. LAUGHARN, TRUSTEE IN BANKRUPTCY, *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas S. Tobin* for petitioner. *Mr. Wm. C. Day* for respondent.

No. 892. HYLTON, ADMINISTRATRIX, *v.* SOUTHERN RY. Co. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. A. Fowler* for petitioner. *Messrs. H. O'B. Cooper, Charles H. Smith, Sidney S. Alderman,* and *S. R. Prince* for respondent.